9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

# SENTENCING MINUTES

Set: 2:30 p.m.
Started: 3:28 p.m.
Ended: 4:42 p.m.

Date: December 5, 2013
Judge: Mark S. Davis
Court Reporter: Paul McManus
U.S. Attorney: J. Kosky /K. Nelson
Defense Counsel: M. Twersky /P. O'Donnell
Courtroom Deputy: Valerie Ward
Probation Officer: Leah Greathouse
Interpreter: Zafirios Gourgoulatos

Case No. 2:13cr40-3
Defendant: Antonios Boumpoutelos    ( ) in custody (✓) on bond

_X_ Came on for disposition.    _✓_ Deft. sworn.
_✓_ Govt/Deft's _✓_ motion for downward departure.
     _____ motion for one-level reduction in offense level.
     _____ Granted.    _✓_ Denied.
_✓_ The Court adopts the factual statements contained in the Presentence Report
_✓_ Presentence Report reviewed.    _____ Objections heard and rulings made.
_____ Evidence presented. (Witnesses and exhibits listed on last page)
_✓_ Arguments of counsel heard.    _____ Statement of deft. heard.
_____ The Court made a finding of GUILT as to Count(s) _____.

IMPRISONMENT:
SENTENCE: Counts 1,3,4,6,7, 9,10: The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of _____ months. The term consists of _____ months on count _____, a term of _____ months on count _____, a term of _____ months on count _____, and a term of _____ months on count _____, to be served concurrently/consecutively.

_____ The deft. is remanded to the custody of the U.S. Marshal.

_____ The deft. shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

_____ If deft. is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

_____ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____, to begin service of the sentence.

PROBATION:
_✓_ The deft. shall be placed on probation for a term of _1_ years.

This term consists of 1 year on Count 1, 1 yr. on Count 3, 1 yr. on Count 4, 1 yr. on Count 6, 1 yr. on Count 7, 1 yr. on Count 9 & 1 yr. on Count 10, all to run concurrently.

SUPERVISED RELEASE:

\_\_\_\_ Upon release from imprisonment, the deft. shall be on supervised release for a term of \_\_\_\_ year(s). This term consists of \_\_\_\_ years on count \_\_\_\_, a term of \_\_\_\_ years on count \_\_\_\_, and a term of \_\_\_\_ years on count \_\_\_\_, all to run concurrently.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

\_\_\_\_ The deft. shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

✓ As reflected in the presentence report, the deft. presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5). However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

\_\_\_\_ It shall be a condition of supervised release that the deft. pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

\_\_\_\_ The deft. shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the deft. has reverted to the use of drugs or alcohol, with partial costs to be paid by the deft., all as directed by the probation officer.

\_\_\_\_ The deft. shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

\_\_\_\_ The deft. shall participate in a program approved by the United States Probation Office for mental health treatment to include anger management. The cost of this program is to be paid by the defendant as directed by the probation officer. The deft. shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

\_\_\_\_\_   The deft. shall pay support for his child/children in the amount ordered by any Division of Child Support Enforcement or court of competent jurisdiction. In the absence of such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on the defendant=s financial circumstances.

\_\_\_\_\_   As directed by the probation officer, the deft. shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.

\_\_\_\_\_   The deft. shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

✓   If the deft. is not repatriated within 21 days to his native country and upon payment of the special assessment, he will be turned over to immigration.

\_\_\_\_\_   The deft. shall participate in a program approved by the U.S. Probation Office for financial counseling. The cost of this program is to be paid by the defendant as directed by the probation officer.

\_\_\_\_\_   The defendant shall obtain a GED or a vocation skill during his period of supervision if not employed full-time.

\_\_\_\_\_   The deft. shall be on Home Detention, which shall include electronic monitoring at the deft's expense, for a period of \_\_\_\_\_ consecutive months/days. During this time, he/she shall remain at his\her place of residence except for employment and other activities approved in advance by the probation officer.

\_\_\_\_   Deft shall maintain a telephone at his place of residence without party lines, telephone answering machines, a modem, "call forwarding," "caller ID," "call waiting@, portable cordless telephones or any other devices or services that may interfere with the proper functioning of the electronic monitoring equipment for the above period. Deft shall wear an electronic monitoring device, follow electronic monitoring procedures, and pay the cost of electronic monitoring, all as directed by the probation officer.

\_\_\_\_\_   The defendant shall participate in a program approved by the United States Probation Office for mental health treatment, to include a psychological evaluation, and sex offender treatment. The costs of these programs are to be paid by the defendant as directed by the probation officer. The defendant shall waive all rights of confidentiality regarding sex offender/mental health treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

\_\_\_\_\_   Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school, according to federal and state law and as directed by the probation officer.

\_\_\_\_\_   The defendant shall submit to polygraph testing as directed by the United States Probation Officer  as part of his sex offender therapeutic program. The costs of the testing are to be paid by the defendant as directed by the probation officer.

\_\_\_\_\_   Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision.

## FINANCIAL PENALTIES

___✓___ Court finds deft. is unable to pay fine, cost of prosecution, cost of imprisonment or supervised release.

SPECIAL ASSESSMENT:
___✓___ As to counts 1,3,4,6,7,9,10, the deft. shall pay a special assessment in the amount of $100 (for each count).

_____ As to count _____, the deft. shall pay a special assessment in the amount of _____.

_____ As to count _____, the deft. shall pay a special assessment in the amount of _____.

_____ As to count _____, the deft. shall pay a special assessment in the amount of _____.

The total special assessment due is $700 and shall be due in full immediately.

FINE:
_____ The deft. shall pay a fine in the amount of $_____.

RESTITUTION:
_____ The deft. shall make restitution in the amount of $_____.

_____ Restitution Judgment Order, entered and filed in open court.

SCHEDULE OF PAYMENTS:
_____ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

_____ The special assessment/~~fine/restitution~~ is due and payable immediately. Any balance remaining unpaid on the special assessment/~~fine/restitution~~ at the inception of supervision, shall be paid by the deft. in installments of not less than $100 per month, until paid in full. Said payments shall commence 60 days after deft's supervision begins.

_____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/fine/restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

_____ Each restitution payment shall be divided proportionately among the payees named.

_____ Restitution shall be made jointly and severally with _____.

\_✓\_ Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

\_\_\_ Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

\_\_\_ Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

\_✓\_ The deft. shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

\_✓\_ The deft. notified of right of appeal.

\_\_\_ Court noted that deft. waived right of appeal in plea agreement.

\_\_\_ On motion of gov't, remaining counts dismissed.

\_\_\_ The deft. is continued on present bond and cautioned re bail jumping.

\_\_\_ Court recommends incarceration at
  \_\_\_ a facility as close to the Tidewater Virginia area as possible.
  \_\_\_ a facility with a drug treatment program when and if defendant qualifies.

\_\_\_ Consent Order of Forfeiture, executed and filed in open court.

Additional Counts/Comments:

_____
_____
_____
_____
_____